JOSEPH RAMUNDO, PLAINTIFF-PETITIONER, v.
JOSEPH TURI, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below : 92 *N. J. Super.* 73.

*Mr. Adolph A. Romei* and *Mr. John Fiorello* for the petitioner.

*Messrs. Hein, Smith & Mooney* for the respondents.

October 4, 1966. Denied.

JOANNE SQUIRES, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. JOHN S. CREGAR, DEFENDANT-PETITIONER.

*Messrs. Braun & Braun, Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. H. Curtis Meanor* for the petitioner.

*Messrs. Toolan, Haney & Romond* for the respondents.

October 4, 1966. Denied.

FEDERATION BANK AND TRUST COMPANY, PLAINTIFF-RESPONDENT, v. GERALDINE LINSKY, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Harold L. Marks* for the petitioners.

*Messrs. Evans, Hand, Evans, Allabough & Amoresano* and *Mr. W. Fletcher Hock, Jr.* for the respondent.

October 18, 1966. Denied.